People v Blount (2025 NY Slip Op 03895)

People v Blount

2025 NY Slip Op 03895

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

353 KA 24-00441

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
INDIA M. BARR BLOUNT, DEFENDANT-APPELLANT. 

SARAH S. HOLT, CONFLICT DEFENDER, ROCHESTER (STEPHANIE M. STARE OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (GRAZINA HARPER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Meredith A. Vacca, J.), rendered March 5, 2024. The judgment convicted defendant upon her plea of guilty of attempted robbery in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [2]). We affirm.
Contrary to defendant's contention, the record establishes that she knowingly, voluntarily, and intelligently waived her right to appeal (see People v Williams, 228 AD3d 1316, 1316 [4th Dept 2024], lv denied 42 NY3d 972 [2024], reconsideration denied 42 NY3d 1055 [2024]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]; People v Lopez, 6 NY3d 248, 256 [2006]).
Defendant's contention that she was denied effective assistance of counsel does not survive her plea or the valid waiver of the right to appeal inasmuch as she "failed to demonstrate that the plea bargaining process was infected by the allegedly ineffective assistance or that [she] entered the plea because of defense counsel's allegedly poor performance" (People v Alsaifullah, 162 AD3d 1483, 1485-1486 [4th Dept 2018], lv denied 32 NY3d 1062 [2018]; see People v Smith, 122 AD3d 1300, 1301 [4th Dept 2014], lv denied 25 NY3d 1172 [2015]). Defendant's remaining contentions are encompassed by the valid waiver of the right to appeal (see generally Lopez, 6 NY3d at 255-256; People v Allen, 174 AD3d 1456, 1457-1458 [4th Dept 2019], lv
denied 34 NY3d 978 [2019]; People v Wilson, 160 AD3d 1469, 1470 [4th Dept 2018], lv denied 31 NY3d 1154 [2018]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court